IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>P and E SERVICES, LLC d/b/a<br>P & E COMMERCIAL SERVICES, )<br><br>Defendant. ) | 1:14cv253 (LMB/TCB) |

ORDER

On July 15, 2014, a magistrate judge issued a Report and Recommendation ("Report"), in which she recommended that plaintiffs recover a default judgment of $37,563.93, consisting of $29,299.05 in unpaid contributions, $2,929.91 in liquidated damages, and $1,888.53 in accrued interest, in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and $887.85 in unpaid contributions, $177.57 in liquidated damages, and $57.23 in accrued interest in favor of plaintiff Trustees of the International Training Fund, plus $1,712.50 in attorneys' fees and $611.29 in costs.

The Report placed the parties on notice that any objections had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate

review of any judgment based on the Report. As of August 13, 2014, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Default Judgment with its attachments, the Court finds that the Report accurately states the relevant facts and law. Therefore, the findings and conclusions of the Report are adopted and for the reasons stated therein, the plaintiffs' Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Judgment by Default will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Judgment by Default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 14th day of August, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge